IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | |
| | : | CRIMINAL ACTION |
| vs. | : | |
| | : | NO. 1:03-CR-022-RWS |
| KAREN KING, | : | |
| Defendant. | : | |

## **SATISFACTION OF MONETARY PORTION OF JUDGMENT**

The special assessment, fine and/or restitution portion of the judgment in the above entitled case having been paid, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

    Respectfully submitted,

    SALLY QUILLIAN YATES
    UNITED STATES ATTORNEY

    By,

    s/Lori M. Beranek
    LORI M. BERANEK
    ASSISTANT UNITED STATES ATTORNEY
    Georgia Bar No. 053775
    600 United States Courthouse
    75 Spring Street, S.W.
    Atlanta, Georgia 30303
    Phone No.: 404-581-6350
    Fax No.: 404-581-6167
    lori.beranek@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participant(s) by depositing a copy of the same in the United States mail addressed as follows:

>Karen King
>5200 Tussahaw Xing
>McDonough, GA 30252

This 7th day of August, 2012 .

>s/Lori M. Beranek
>LORI M. BERANEK
>Assistant U.S. Attorney
>Georgia Bar No. 053775
>lori.beranek@usdoj.gov